■ In the Matter of MYLES HIGBY and Another for the Appointment of a Guardian of KEITH E. PFENDLER, an Infant. In the Matter of EDWARD K. PFENDLER, SR., and Another for the Appointment of a Guardian of KEITH E. PFENDLER, an Infant.—Decree and order unanimously affirmed without costs for reasons stated in memorandum decision at Lewis County Surrogate's Court, Parker, S. (Appeal from decree and order of Lewis County Surrogate's Court, Parker, S.—guardianship.) Present—Dillon, P. J., Boomer, Green, Balio and Lawton, JJ.

■ In the Matter of PHILLIP BYERS, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Determination unanimously confirmed and petition dismissed *(see, People ex rel. Vega v Smith,* 66 NY2d 130; *Matter of Melvin v Kelly,* 126 AD2d 956). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ.